In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY, as Trustee under the Will of LILLIA M. BEARNS, Deceased, Appellant; BERTRAM BEARNS, Respondent.

Argued November 18, 1937; decided December 7, 1937.

*Edwin W. Cooney* and *Elmer J. Hoare* for appellant.
*James A. Davis* and *Leon Quat* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.